PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341(a) MEETING
06/06/2025

IN RE:   CASE NUMBER: 24-00730-JAW
PARKER, LINDA PARKS

**APPEARANCES:**
(X) DEBTOR 1                                    ( ) DEBTOR 2 (Wife in Joint Cases)
    ( ) Required picture I.D. produced                ( ) Required picture I.D. produced
    ( ) Required SSN verification produced            ( ) Required SSN verification produced
    ( ) Pay advices received                          ( ) Pay advices received

Credit counseling certificate (X) filed ( ) not filed.
Tax returns received for _____ (years) on _____ (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE _____
(X) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
( ) DEBTOR(S) APPEARED PRO SE
    ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
    ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(X) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE ____ DAY OF _____, 20__ AT _____ O'CLOCK __.M.

(X) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.
(X) CREDITOR(S) _Robin Rural – Family Choice (2017 VW Beetle)_

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
( ) OTHER: _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: _____

DATED: 06/06/2025

STEPHEN SMITH, TRUSTEE

Track # _061_   or Tape # _____, Side _____ Counter Start# _____