

# INVOICE

Invoice # 7996
Date: 06/11/2025
Due On: 07/11/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Linda Parks Parker

### 05057-Parker Linda Parks

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 08/19/2024 | Reviewed Order on previous Application for Compensation; drafted Invoice, Notice, 2nd Application for Compensation, and proposed Order; drafted memo to TR with same attached for his review and approval. | 0.40 | $155.00 | $62.00 |
| Service | TR | 08/19/2024 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 08/20/2024 | Reviewed memo from TR regarding Notice with Application, Invoice, and proposed Order; revised same; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Service | JC | 08/21/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, and Invoice for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | SA | 09/04/2024 | Incoming Call: Telephone conference with debtor in reference to a list of creditors and amount owed. After receiving information from bm, I advised the debtor that we don't have a document with all of the requested information until the case is completed. However, I advised her | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | that there is a website available where she can keep track of her bankruptcy plan. Drafted email to her with this information. | | | |
| Service | TR | 09/16/2024 | Review: 24-00730-JAW Order on Application for Compensation Document# 41 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/11/2024 | Review: 24-00730-JAW Amended Order Upon Debtor Directing Payments to Trustee Document# 43 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/27/2025 | Review: 24-00730-JAW Notice of Mortgage Payment Change Document# 45 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/03/2025 | Incoming Call: Incoming call from debtor inquiring if she can contact the trustee's office regarding her case; informed her that we can answer her questions; she said that she only receives $1,300 for SSI, and her plan payments are $1,700; she said she has been sending $1,200 per month because that is all she can send; she wanted to know if anything had been paid off; reviewed NDC; informed her that nothing will be paid off until the end of the bankruptcy and explained how payments are disbursed over the bankruptcy term; she said she was wondering because she has a friend at Community Bank that told her what payments were being received and they were not the full amount; discussed the meaning of secured and unsecured debt; discussed that she is not paying anything to unsecured; discussed discharge of debts at the end of the BK; she asked if the reason her last BK didn't get rid of those debts is because she didn't finish; confirmed same; discussed that her case will soon be up for MTD if she doesn't pay more; she said she just cannot pay any more; talked about the possibility of conversion to chapter 7 - explained in detail chapter 7 but also let her know that I did not know if she was eligible for conversion; discussed that she would be behind on her secured debts and that the creditors may or may not work with her to catch up; she said she would contact them to find out; she inquired if I had her e-mail | 0.70 | $155.00 | $108.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | address; verified address with her; talked about NDC website; drafted text message to debtor providing website link. | | | |
| Service | JC | 04/04/2025 | Contact Debtor (Text/Email): Reviewed Pacer for past chapter 7 bankruptcy and case notes regarding conversion; reviewed tax documents currently on file; drafted e-mail to debtor attaching chapter 7 conversion packet and requesting bank and pay. | 0.30 | $155.00 | $46.50 |
| Service | VM | 04/18/2025 | Incoming Call: Debtor called to inquire about conversion, informed debtor that we were waiting on documents sent to her. Debtor said she didn't see a email with documents, resent email. | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/22/2025 | Call Debtor: Reviewed trustee's Motion to Dismiss to obtain delinquent amount; reviewed trustee's site for amount of monthly payments and payment history; reviewed case notes; called debtor, left voicemail, drafted text message requesting a call regarding same. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/22/2025 | Incoming Call: Telephone call from debtor; informed her the trustee filed a MTD and requested she get her conversion documents in ASAP; she said they are ready and she will get someone to e-mail them to VM. | 0.10 | $155.00 | $15.50 |
| Service | CO | 04/22/2025 | Incoming Call: Phone conference with debtor to provide VM's email address to send conversion documents. | 0.10 | $0.00 | $0.00 |
| Service | VM | 04/23/2025 | Drafted Motion to dismiss Letter, prepared for mailing | 0.20 | $100.00 | $20.00 |
| Service | VM | 04/23/2025 | Call Debtor: Reviewed email from debtor, containing conversion packet. Uploaded document to file. Called debtor to request rest of documents. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/23/2025 | Review: 24-00730-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 46 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/29/2025 | Call Debtor: Called debtor to inform we need her pay and bank; she said her daughter e-mailed it to VM; discussed that I had reviewed and did not see it; drafted chat memo to VM | 0.10 | $155.00 | $15.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | inquiring if she received the documents. |  |  |  |
| Service | JC | 04/29/2025 | Call Debtor: Reviewed memo from VM confirming she did not received debtor's bank and pay; called debtor, left voicemail, drafted text message providing my e-mail address for her to e-mail them to me. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/29/2025 | Incoming Call: Telephone call from debtor informing she received my text message and wanted to clarify where to send her bank and pay; informed her to send to me to the e-mail address I provided in the e-mail. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/29/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor's daughter with attached conversion packet; drafted reply to daughter and cc'd debtor informing we have received the conversion packet but we need debtor' pay and bank statements. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/29/2025 | Call Debtor: Reviewed bank statements included in e-mail from debtor; tried to download the statements from the e-mail but the pages do not download correctly; called debtor, explained situation and requested she bring them to the office as she had said she will be in Jackson on Wednesday; reviewed calendar to schedule appointment. | 0.30 | $155.00 | $46.50 |
| Service | CO | 04/30/2025 | Incoming Call: Phone conference with debtor; Drafted memo to Jackson office and JC. | 0.10 | $0.00 | $0.00 |
| Service | CO | 04/30/2025 | Incoming Call: Phone conference with debtor stating she is on the way to drop off documents. Sent memo to Jackson office. | 0.10 | $0.00 | $0.00 |
| Service | BB | 04/30/2025 | Incoming Call: Phone conference with debtor requesting the Jackson office physical address. Provided this to debtor. | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/30/2025 | Incoming Call: Incoming call from debtor informing she is going to the bank to get bank statements so they will be complete documents. | 0.10 | $155.00 | $15.50 |
| Service | VM | 04/30/2025 | In-Office Conference: Debtor came to | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | our office to drop off paperwork, collected and sent to be scanned. | | | |
| Service | JC | 04/30/2025 | Reviewed debtor's bank statements attached to e-mail memo from SA; reviewed Schedule I - income includes SSI for debtor and NFS and contribution from daughter for Beetle; called debtor, left voicemail, drafted text message requesting SSI statements and the amount daughter contributes for Beetle. | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/01/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing daughter pays Family Choice 25.00 a month for the Beetle; drafted reply informing once we receive the SSI statements for her and NFS, we can review for conversion. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/01/2025 | Call Debtor: Reviewed text message from debtor informing the SSI statements have already been sent; reviewed VM's and my e-mail - did not receive; called debtor, she said he daughter e-mail them; informed her neither VM nor I received them - informed that when she e-mailed me before, she misspelled my name; she said she saw that and would ask her daughter to resend. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/01/2025 | Incoming Call: Telephone call from debtor inquiring if I received the SSI statements; reviewed 2 e-mails; debtor's SSI was fine; NFS' SSI was cut off; discussed with debtor what I received; she said she took pictures and sent to her daughter to e-mail; drafted e-mail to debtor forwarding the e-mail I received from her daughter for her to see what I received for NFS. | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/01/2025 | Contact Debtor (Text/Email): Reviewed e-mail from daughter providing NFS' SSI statement; drafted text message to debtor informing I received; drafted reply to daughter informing I received; drafted task memo to JAC to review for conversion. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/01/2025 | Incoming Call: Telephone call from debtor inquiring if NFS' SSI statement | 0.10 | $155.00 | $15.50 |

Invoice # 7996 - 06/11/2025

| | | | was received; confirmed it was. | | | |
|---|---|---|---|---|---|---|
| Service | JC | 05/01/2025 | Drafted Response to Trustee's Motion to Dismiss stipulating debtor is converting to chapter 7; drafted memo to TR attaching same for his review. | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/01/2025 | Review and approve Response | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/02/2025 | Reviewed memo from TR approving Response to trustee's Motion to Dismiss; prepared same for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/02/2025 | Run Checklist to convert case | 0.50 | $360.00 | $180.00 |
| Service | JC | 05/02/2025 | Contact Debtor (Text/Email): Drafted e-mail to debtor explaining circumstances if she converts to chapter 7 and requested that if she decides to proceed with conversion, that she let me know in writing that she understands she will be behind on the debts to the 3 creditors discussed. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/06/2025 | Call Debtor: Reviewed e-mail from KR and chat memo from SA informing debtor requested a call; called debtor, left voicemail, drafted text message requesting a call back. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/06/2025 | Incoming Call: Telephone call from debtor informing she doesn't know if she is going to be able to filed chapter 7 because she doesn't know if the creditors will work with her; discussed that she needs to contact them and find out if they will work with her; she discussed why she cannot afford chapter 13. | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/06/2025 | Incoming Call: Telephone call from debtor informing she talked with Republic Finance and they are going to work with her; she said she already knows the other two creditors are going to work with her; she discussed again why chapter 13 wasn't working for her; discussed I need a statement from her informing she understands she will be behind on her debts if she converts; she asked that I send something so she will know what to say; drafted text message to debtor informing same. | 0.20 | $155.00 | $31.00 |

Invoice # 7996 - 06/11/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 05/07/2025 | Contact Debtor (Text/Email): Drafted text message to debtor to follow up on statement from her informing she understands she will be behind on her debts if she converts. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/07/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing "I , Linda P. Parker am aware of the debts I owe to Community Bank, Family Choice, and Republic Financial, to provide with Chapter7" - drafted reply inquiring if she understands that she will be behind on those debts once she converts to chapter 7. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/07/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor confirming she understands that she will be behind on those debts once she converts to chapter 7; drafted reply informing we will get the conversion filed. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/07/2025 | Drafted Motion to Covert; drafted memo to TR attaching same for his approval. | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/08/2025 | Review and approve Motion to Convert drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/08/2025 | Contact Debtor (Text/Email): Reviewed memo from TR Regarding Motion to Convert and proposed Order; prepared for filing with the Court; drafted text message to debtor informing Motion has been filed and we will wait for the Court to enter its Order. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 05/09/2025 | Review: 24-00730-JAW Order on Motion to Convert Case to Chapter 7 Document# 50 | 0.10 | $360.00 | $36.00 |
| Service | CO | 05/09/2025 | Contact Debtor (Text/Email): Drafted text to debtor inquiring on how they would like to attend their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/09/2025 | Review: 24-00730-JAW First Meeting (Chapter 7) Document# 51 | 0.10 | $360.00 | $36.00 |
| Service | CO | 05/09/2025 | Reviewed text from debtor asking if the Jackson office is off of the interstate; Drafted text to debtor with the Jackson office address. | 0.10 | $100.00 | $10.00 |

Invoice # 7996 - 06/11/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 06/04/2025 | Incoming Call: Phone conference with debtor wanting to confirm her appointment time for the meeting of creditors. Reviewed calendar and confirmed. Drafted email to debtor with a list of frequently asked questions. | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/05/2025 | Incoming Call: Telephone call from debtor informing CO did not send her a list of questions for her MOC; discussed that they are mostly yes-or-no questions, that it is very simple, and she should not worry; she said that gave her relief; reviewed CO's notes - she e-mailed the list to debtor; reviewed e-mail; drafted text message to debtor informing same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/05/2025 | Telephone conference with CO regarding TT docs for converted case. | 0.10 | $155.00 | $15.50 |
| Service | CO | 06/05/2025 | Review and organize documents provided by debtor: Reviewed email memo form TT stating there were no documents uploaded for the 341; Phone conference with JC to discuss conversion; uploaded new documents to trustee's portal. | 0.20 | $100.00 | $20.00 |
| Service | TR | 06/06/2025 | Ch 7) Meeting of Creditors Stephen Smith | 0.50 | $360.00 | $180.00 |
| Service | SA | 06/06/2025 | In-Office Conference: Assisted with Meeting of Creditors | 0.50 | $100.00 | $50.00 |
| Service | JC | 06/06/2025 | Incoming Call: Telephone call from debtor informing she is returning someone's call; chat with office; TR called by mistake. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/06/2025 | Call Debtor: Called debtor; she wants to reaffirm Community Bank, Family Choice, Republic Finance; created task for each reaff needed. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/06/2025 | Drafted letter to Family Choice requesting reaffirmation; reviewed Notice of Filing; prepared letter, enclosures, and envelope for mailing; drafted e-mail to debtor attaching copy of letter; organized in case file. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/06/2025 | Drafted letter to Republic Finance requesting reaffirmation; reviewed Notice of Filing; prepared letter, enclosures, and envelope for mailing; | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | drafted e-mail to debtor attaching copy of letter; organized in case file. | | | |
| Service | JC | 06/06/2025 | Drafted letter to Community Bank requesting reaffirmation; reviewed Notice of Filing; prepared letter, enclosures, and envelope for mailing; drafted e-mail to debtor attaching copy of letter; organized in case file. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/10/2025 | Reviewed Orders Granting 1st and 2nd Applications for Compensation and 1st and 2nd invoices; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting Final Application for Compensation, Notice, Affidavit, and proposed Order. | 0.70 | $155.00 | $108.50 |
| | | | | **Services Subtotal** | | **$1,943.50** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/20/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $38.50 | $38.50 |
| | | | **Expenses Subtotal** | | **$38.50** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.9 | $360.00 | $324.00 |
| Thomas Rollins | Attorney | 1.0 | $360.00 | $360.00 |
| Shaton Andrews | Non-Attorney | 0.7 | $100.00 | $70.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 6.9 | $155.00 | $1,069.50 |
| Vanessa Martinez | Non-Attorney | 0.6 | $100.00 | $60.00 |
| Clara Ortega | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Clara Ortega | Non-Attorney | 0.3 | $0.00 | $0.00 |
| | | | **Subtotal** | **$1,982.00** |
| | | | **Total** | **$1,982.00** |

Invoice # 7996 - 06/11/2025

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7992 | 07/10/2025 | $1,500.00 | $0.00 | $1,500.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7996 | 07/11/2025 | $1,982.00 | $0.00 | $1,982.00 |

| | | | **Outstanding Balance** | **$3,482.00** |
|---|---|---|---|---|
| | | | **Total Amount Outstanding** | **$3,482.00** |