IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Linda Parks Parker                                  Case No. 24-00730-JAW
         , Debtor                                                     CHAPTER 13

**FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B**

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $3,411.50 | $40.01 | $3,451.51 | 28 | 05/13/24 |
| $1,407.50 | $46.00 | $1,453.50 | 41 | 09/16/24 |
| $1,943.50 | $38.50 | $1,982.00 | n/a | n/a |
| $6,762.50 | $124.51 | $6,887.01 | | |



## INVOICE

Invoice # 6267
Date: 04/15/2024
Due On: 05/15/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Linda Parks Parker
997 Hwy 489
Lake, MS 39092

### 05057-Parker Linda Parks

### Ch 13 - Linda

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 08/31/2023 | Reviewed credit report and selected debts to import/exclude | 0.10 | $150.00 | $15.00 |
| Service | KAR | 09/01/2023 | Drafted email to debtor containing DL and Refile packet for her to fill out and return. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/05/2023 | Drafted email to debtor requesting driver's license, ss card, GIP, bank, pay, and tax | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/12/2023 | Drafted follow-up email to debtor requesting driver's license, ss card, refile packet, bank, pay, and tax | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/19/2023 | Drafted email to debtor requesting driver's license, ss card, refile packet, bank, pay, and tax | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/26/2023 | Drafted email to debtor requesting driver's license, ss card, refile packet, bank, pay, and tax | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/10/2023 | Drafted email to debtor requesting driver's license, ss card, refile packet, bank, pay, and tax | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/24/2023 | Drafted text to debtor; telephone conference with debtor stating that she had not checked any of my previous emails and asked that I resend my email to her | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/24/2023 | Drafted document request email to debtor | 0.10 | $100.00 | $10.00 |

Invoice # 6267 - 04/15/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 10/24/2023 | Telephone conference with debtor stating that she did not receive my email; I told her to check her spam and she said she would | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/31/2023 | Telephone conference with debtor to get an update on how she was coming along with her documents; she stated she was going to mail them out today. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/03/2023 | Debtor called and left a voicemail requesting our fax number; drafted a text to her containing the fax number | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/07/2023 | Drafted text to debtor letting her know that I never received a fax from her and asked if she could please get her documents in as soon as possible | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/08/2023 | Organized bank | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/15/2023 | Telephone conference with debtor letting her know we still need several documents from her; she asked if I could text her the list of what we need | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/15/2023 | Drafted text to debtor with a list of everything we still need for her file | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/22/2023 | Drafted text to debtor requesting driver's license, ss card, GIP, remaining bank, pay, and tax | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/01/2023 | Telephone conference with debtor to see why she still had not sent me her documents; she stated that she faxed documents in last week, but I told her I had not received anything; she said she would resend the documents today or first thing Monday morning | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/01/2023 | Drafted text to debtor containing fax number and my email for her documents | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/05/2023 | Telephone conference with debtor inquiring on where her docs were because I still have not received a fax; debtor stated that she would try to get it faxed today and asked me to text her the fax numbre; debtor also stated she did not have the GIP and asked me to email it to her again | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/05/2023 | Drafted email to debtor containing the GIP | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/05/2023 | Telephone conference with debtor asking which page of her last bank statement was she missing; I told her it was page 3 of her September statement also told her that since she was at the bank to go ahead and | 0.10 | $100.00 | $10.00 |

Invoice # 6267 - 04/15/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | get her November statement printed off as well. | | | |
| Service | KAR | 12/05/2023 | Drafted text to debtor requesting that she go ahead and send in her November pay as well | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/06/2023 | Telephone conference with debtor letting me know that she could not send documents yesterday, but that she did get a chance to fill out the GIP; said she would try to send off documents today; debtor also asked if it was too late to add a debt to her case - told her to just add it to the GIP | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/13/2023 | Organized additional bank provided by debtor via fax | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/13/2023 | Organized refile packet provided by debtor via fax | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/14/2023 | Reviewed email from debtor stating that she did not have all the information in front of her and asked if we could just go through and use the information she had from last year; drafted text back to debtor telling her that we cannot just use her information from last year as it is likely not up to date anymore | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/14/2023 | Drafted text to debtor asking if she had income for June - November or if she had filed taxes for 2022 and 2021 and if so then we needed those pay stubs and those official tax returns or transcripts | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/14/2023 | Reviewed text from debtor stating that she does not have income and that she did not file for taxes for 2022 or 2021; drafted text back letting her know that she would need to write and dated and signed letter stating why she did not file for each of those years. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/19/2023 | Drafted text to debtor inquiring on whether she had written her statements regarding why she did not file taxes for 2022 and 2021 | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/28/2023 | Contact Debtor (Text/Email): Drafted text to debtor requesting an update on documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | JC | 01/05/2024 | Telephone call from debtor asking for KAR and inquiring if she needs to submit anything else; informed her that KAR is on maternity leave and BI sent her an e-mail yesterday with what we need; discussed | 0.20 | $155.00 | $31.00 |

|         |    |            |                                                                                                                                                                                                                                                        |      |          |         |
|---------|----|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
|         |    |            | creditors calling and what to tell them; discussed her car loan and possible repossession.                                                                                                                                                             |      |          |         |
| Service | BB | 01/11/2024 | Contact Debtor (Text/Email): Phone conference with debtor going over the updated list of documents needed for filing and the missing packet information.                                                                                               | 0.30 | $100.00  | $30.00  |
| Service | BB | 01/17/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting remaining documents needed to file.                                                                                                                                                     | 0.10 | $100.00  | $10.00  |
| Service | BB | 01/19/2024 | Contact Debtor (Text/Email): Phone conference with debtor going over the list of documents needed for filing. Stated she will be faxing documents today.                                                                                               | 0.10 | $100.00  | $10.00  |
| Service | BB | 01/22/2024 | Contact Debtor (Text/Email): Phone conference with debtor going over the credit counseling course.                                                                                                                                                     | 0.10 | $100.00  | $10.00  |
| Service | BB | 01/29/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting remaining documents needed to file.                                                                                                                                                     | 0.10 | $100.00  | $10.00  |
| Service | BB | 01/30/2024 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor determining that her daughter faxed documents that did not stick. Debtor will re fax documents. Informed debtor of the additional documents needed for filing.             | 0.30 | $100.00  | $30.00  |
| Service | BB | 02/02/2024 | Review and organize documents provided by debtor: Reviewed fax from debtor with bank and tax documents. Merged and organized documents into client documents file. Reviewed debtors file to determine documents needed for the new month. Drafted email to debtor with updated list of documents needed for filing. | 0.40 | $100.00  | $40.00  |
| Service | BB | 02/08/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting an update on documents.                                                                                                                                                                | 0.10 | $100.00  | $10.00  |
| Service | BB | 02/09/2024 | Contact Debtor (Text/Email): Phone conference with debtor inquiring what she should do about the creditor wanting to pick up her vehicle and if that would make her payments cheaper. Informed debtor that would be a question for the attorney at her signing. Debtor said she did not receive my email with the updated list so I resent the list in email. | 0.10 | $100.00  | $10.00  |
| Service | BB | 02/12/2024 | Review email from debtor: Reviewed email                                                                                                                                                                                                               | 0.10 | $100.00  | $10.00  |

|         |    |            | from debtor stating she already sent the items on the updated list. Informed debtor that I have not received them. Debtor stated that she will resend them. |      |          |         |
|---------|----|------------|---|------|----------|---------|
| Service | BB | 02/14/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if she was able to fax the requested documents. | 0.10 | $100.00 | $10.00 |
| Service | KR | 02/15/2024 | Contact Debtor (Text/Email): Telephone conference with debtor requesting an updated; informed her that we have received her fax and will BB will review and let her know what we are missing. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/15/2024 | Reviewed voicemail from Jean with Community Bank to call her; called, received auto message that caller is unavailable. | 0.10 | $155.00 | $15.50 |
| Service | BB | 02/16/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing her that we did not receive her fax and requested her resend her documents. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/21/2024 | Contact Debtor (Text/Email): Phone conference with debtor inquiring if we received her fax with her documents. Informed debtor that her faxes are not coming through, and to please get her daughter to help her email them to me. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/27/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if she was able to email the requested documents. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/27/2024 | Contact Debtor (Text/Email): Phone conference with debtor stating her daughter will be emailing me the remaining documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | KR | 02/27/2024 | Contact Debtor (Text/Email): Telephone conference with debtor's daughter about emailing documents to BB; requested email; provided email address; she will email missing documents today. | 0.10 | $155.00 | $15.50 |
| Service | BB | 02/28/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized missing documents needed for filing. Drafted text to debtor with updated list of documents needed for filing. | 0.40 | $100.00 | $40.00 |
| Service | BB | 02/28/2024 | Review email from debtor: Reviewed email from debtor with incorrect bank statements needed for filing. Drafted reply email to debtor with correct list of documents | 0.10 | $100.00 | $10.00 |

Invoice # 6267 - 04/15/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | needed for fiilng. | | | |
| Service | BB | 02/28/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized bank statements into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/28/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized bank statements into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/07/2024 | Contact Debtor (Text/Email): Drafted email to debtors daughter requesting a color copy of her social security card. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/08/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized social security card document into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/13/2024 | Contact Debtor (Text/Email): Phone conference with debtor informing us that her vehicle was repossessed but she does not want it back. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/13/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting emergency contact information. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/13/2024 | Review and organize documents provided by debtor: Reviewed text from debtor with emergency contact information. Organized in debtors file. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/14/2024 | Input Case - updated amounts owed on debts from TT site. Added prior case to petition, updated balances on B | 0.40 | $360.00 | $144.00 |
| Service | BB | 03/15/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting additional information for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/15/2024 | Contact Debtor (Text/Email): Reviewed text from debtor with requesting information. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/18/2024 | Input Case - update SOFA, calculate plan payment. | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/18/2024 | draft email to ∆ with plan payment, options for lowering payment (surrendering additional secured debts) - listed all secured debts being paid through the plan so debtor can decide if she wants to keep or walk away from something else | 0.20 | $360.00 | $72.00 |
| Service | JC | 03/19/2024 | Call Debtor: Called debtor, left voicemail, drafted text message informing we sent an | 0.10 | $155.00 | $15.50 |

| | | | e-mail for her to review and respond regarding her bankruptcy options. | | | |
|---|---|---|---|---|---|---|
| Service | KR | 03/20/2024 | Incoming Call: Telephone conference with debtor; she never received the plan options; she provided me an email address for her daughter; it did not work; tried 3 different emails and did not work; finally just emailed it to her; waited for her to receive it; reviewed her plan options; she is going to get her daughter to print it out so she can read it; she is concerned about her mortgage since she is 2 months behind; she will email you every concern | 0.30 | $155.00 | $46.50 |
| Service | KAR | 03/20/2024 | Incoming Call: Received call from debtor requesting to speak with BI; transferred call to BI | 0.10 | $100.00 | $10.00 |
| Service | JC | 03/20/2024 | Incoming Call: Telephone call from debtor; discussed the e-mail with filing options; reviewed the e-mail and helped her to understand her options; she is ready to move forward; she is going to move some money and call back in a little while to pay; memo chat with BM to create a bill. | 0.20 | $155.00 | $31.00 |
| Service | BM | 03/21/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/25/2024 | Prepare Signing DOcs | 0.30 | $360.00 | $108.00 |
| Service | BM | 03/26/2024 | Incoming Call: Call from debtor to confirm address of Jackson office for her signing today. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/26/2024 | Assist TR with updates to case during meeting with client | 0.50 | $360.00 | $180.00 |
| Service | TR | 03/26/2024 | Conference w/ client to review and revise petition, schedules, statements and plan - documents required significant revisions due to changes in circumstances | 1.10 | $360.00 | $396.00 |
| Service | JC | 03/27/2024 | Call Debtor: Called debtor, left voicemail, drafted text message regarding bringing mortgage current so we can file her BK. | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/27/2024 | Incoming Call: Telephone conference with debtor; she wanted to let us know that she went to the bank and she is not going to be able to catch up the mortgage payments; the bank advised her to include in the plan; drafted email memo to TR and JAC re: mortgage payments | 0.20 | $155.00 | $31.00 |

Invoice # 6267 - 04/15/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 03/28/2024 | Review email from KR re: ∆ not able to catch up mortgage | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/28/2024 | Update treatment for mortgage, recalculate plan payment. Prepare Plan, schedule J for ∆ to review & sign | 0.20 | $360.00 | $72.00 |
| Service | KR | 03/28/2024 | Call Debtor: Telephone conference with debtor; she would like to file the Chapter 13 with the plan payment to include her mortgage; drafted email memo to JAC re: chapter 13 filing | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/28/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | TR | 03/28/2024 | Draft Motion to Extend Stay | 0.30 | $360.00 | $108.00 |
| Service | JC | 03/28/2024 | Drafted text message to debtor providing case number. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/28/2024 | Reviewed memo from TR with Motion to Extend and proposed Order; prepared Motion for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Expense | BB | 03/28/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $17.01 | $17.01 |
| Service | JC | 03/28/2024 | Call Debtor: Telephone conference with debtor to obtain P.O. Box address; updated case file with same. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/29/2024 | Review: 24-00730 Creditor Disk/Matrix Uploaded (ADI) Document# | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/29/2024 | Review: 24-00730-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/29/2024 | Review: 24-00730-JAW Order Upon Debtor Directing Payments to Trustee Document #11 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/01/2024 | Contact Debtor (Text/Email): Reviewed Plan; drafted bankruptcy plan payments and other information letter (Yellow Page); drafted e-mail to debtor attaching same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/01/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to explain direct payment responsibility to client. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/01/2024 | Reviewed Declaration of Mailing Motion to Extend Stay and prepared Motion and | 0.10 | $155.00 | $15.50 |

|         |     |            | proposed order for filing with the Court. |      |          |          |
|---------|-----|------------|-------------------------------------------|------|----------|----------|
| Service | JAC | 04/01/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $360.00 | $108.00 |
| Service | TR  | 04/01/2024 | Review: 24-00730-JAW Hearing Set Document# 15 | 0.10 | $360.00 | $36.00 |
| Service | JC  | 04/02/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Expense | BB  | 04/02/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $23.00 | $23.00 |
| Service | JC  | 04/03/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR  | 04/03/2024 | Review: 24-00730-JAW Objection Document# 16 | 0.20 | $360.00 | $72.00 |
| Service | TR  | 04/03/2024 | Review: Proof of Claim 24-00730-JAW First Heritage of Mississippi, LLC c/o Heights Fin Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | TR  | 04/03/2024 | Review: Proof of Claim 24-00730-JAW Community Bank of Mississippi Document # 1 | 0.20 | $360.00 | $72.00 |
| Service | TR  | 04/03/2024 | Drafted email to Jeff Rawlings re: Obj to Extend Stay and POC | 0.10 | $360.00 | $36.00 |
| Service | BB  | 04/04/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | TR  | 04/04/2024 | Review and respond to email from TT re: mortgage claim on plan | 0.10 | $360.00 | $36.00 |
| Service | BB  | 04/05/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing her that her first plan payment is due no later than April 26th. | 0.10 | $100.00 | $10.00 |
| Service | JC  | 04/05/2024 | Reviewed Meeting of Creditors to determine debtor's trustee; reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card; submitted all documents via online portal to trustee for meeting of | 0.30 | $155.00 | $46.50 |

Invoice # 6267 - 04/15/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | creditors. | | | |
| Service | JC | 04/05/2024 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/05/2024 | Review: Proof of Claim 24-00730-JAW UNITED CREDIT OF FOREST Document # 3 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/08/2024 | Review: Proof of Claim 24-00730-JAW Republic Finance, LLC Document # 4 | 0.20 | $360.00 | $72.00 |
| Service | TR | 04/12/2024 | Send follow up email to Jeff Rawlings | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/12/2024 | Review: Proof of Claim 24-00730-JAW Family Choice Financial, Inc Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | TR | 04/12/2024 | Review: Proof of Claim 24-00730-JAW Family Choice Financial, Inc Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/12/2024 | Review email from Jeff Rawlings re: M to Extend Hearing | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/15/2024 | Review and revise itemzations | 0.30 | $360.00 | $108.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 3.0 | $360.00 | $1,080.00 |
| Thomas Rollins | Attorney | 3.3 | $360.00 | $1,188.00 |
| Brooke Brueland | Non-Attorney | 3.9 | $100.00 | $390.00 |
| Jacki Curry | Non-Attorney | 1.9 | $155.00 | $294.50 |
| Jacki Curry | Non-Attorney | 0.1 | $150.00 | $15.00 |
| Breanne McDaniel | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kirsten Raimey | Non-Attorney | 3.0 | $100.00 | $300.00 |
| Kerri Rodabough | Non-Attorney | 0.8 | $155.00 | $124.00 |
| | | | Total | $3,451.51 |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

Invoice # 6267 - 04/15/2024

| 6267 | 05/15/2024 | $3,451.51 | $0.00 | $3,451.51 |
|---|---|---|---|---|
| | | | **Outstanding Balance** | **$3,451.51** |
| | | | **Total Amount Outstanding** | **$3,451.51** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



## INVOICE

Invoice # 6809
Date: 08/19/2024
Due On: 09/18/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Linda Parks Parker
997 Hwy 489
Lake, MS 39092

### 05057-Parker Linda Parks

### Ch 13 - Linda

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | TR | 04/15/2024 | Draft fee application, notice and proposed order | 0.30 | $360.00 | $108.00 |
| Service | JC | 04/15/2024 | Reviewed memo from TR with attached Notice, Application for Compensation, Proposed Order, and Invoice; prepared Notice with Application and Invoice for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Expense | BB | 04/15/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $46.00 | $46.00 |
| Service | JC | 04/16/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, and Invoice for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/16/2024 | Review and sign proposed confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | BB | 04/17/2024 | Call Debtor: Phone conference with debtor confirming that she is attending her meeting of creditors through zoom. | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/17/2024 | Reviewed e-mail from trustee's office requesting documents be uploaded for MOC; uploaded and replied to trustee's office informing I uploaded 04/05/2024 but just uploaded again | 0.20 | $155.00 | $31.00 |
| Service | TR | 04/19/2024 | Draft affidavit requested by TT and send to | 0.20 | $360.00 | $72.00 |

Page 1 of 5

Invoice # 6809 - 08/19/2024

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | JC w/ instructions |  |  |  |
| Service | BM | 04/22/2024 | 341 reminder: Text message to debtor with reminder of 341 tomorrow with call-in instructions: Drafted text message to debtor reminding them of the date and time of their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/22/2024 | Contact Debtor (Text/Email): Reviewed memo from TR requesting debtor sign Affidavit and provide SSI statement per trustee's request; drafted e-mail to debtor attaching Affidavit and requesting SSI statement. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/23/2024 | Call Debtor: Telephone conference with debtor to assist with connecting to Zoom 341. | 0.20 | $155.00 | $31.00 |
| Service | TR | 04/23/2024 | Review: Proof of Claim 24-00730-JAW CREDIT ACCEPTANCE Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/23/2024 | Attend Ch 13 Meeting of Creditors | 0.50 | $360.00 | $180.00 |
| Service | TR | 04/25/2024 | Review and respond to email from TT re: affidavit | 0.10 | $360.00 | $36.00 |
| Service | BB | 05/01/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed NDC website to confirm first payment was made. | 0.10 | $100.00 | $10.00 |
| Service | JC | 05/01/2024 | Contact Debtor (Text/Email): Drafted e-mail and text message to debtor to follow up on her signing Affidavit and requesting SSI statement. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/01/2024 | Contact Debtor (Text/Email): Reviewed text message from debtor informing she cannot find e-mail from 04/22/24 and requesting I resend; drafted reply informing I resent just before I texted her; requested she check her spam folder. | 0.10 | $155.00 | $15.50 |
| Service | BM | 05/01/2024 | Reviewed email from debtor with copy of requested affidavit and social security benefit letter. Forwarded to case admin. | 0.10 | $100.00 | $10.00 |
| Service | JC | 05/03/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor's daughter attaching executed Affidavit and SS statement; drafted reply informing SS statement is illegible and requesting she resend. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/03/2024 | Drafted e-mail to trustee's office attaching Affidavit and SS statement and informed I have requested a clearer SS statement. | 0.10 | $155.00 | $15.50 |

| Service | JC  | 05/03/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor's daughter attaching clearer copy of SS statement but only shows about 3/4 of the document; drafted reply that the trustee will need the whole statement. | 0.10 | $155.00 | $15.50 |
|---------|-----|------------|---|------|---------|--------|
| Service | JC  | 05/06/2024 | Contact Debtor (Text/Email): Drafted follow-up e-mail to debtor's daughter regarding submitting SS statement. | 0.10 | $155.00 | $15.50 |
| Service | JC  | 05/07/2024 | Reviewed SS statement submitted by debtor; drafted e-mail to trustee's office attaching same. | 0.10 | $155.00 | $15.50 |
| Service | TR  | 05/07/2024 | Review and sign proposed agreed order via email | 0.20 | $360.00 | $72.00 |
| Service | TR  | 05/16/2024 | Review: 24-00730-JAW Order Confirming Chapter 13 Plan Document #29 | 0.10 | $360.00 | $36.00 |
| Service | TR  | 05/16/2024 | Review: 24-00730-JAW Order on Application for Compensation Document #28 | 0.10 | $360.00 | $36.00 |
| Service | TR  | 05/16/2024 | Review: 24-00730-JAW Order on Motion to Extend Automatic Stay Document #26 | 0.10 | $360.00 | $36.00 |
| Service | TR  | 05/16/2024 | Review: 24-00730-JAW Amended Order Upon Debtor Directing Payments to Trustee Document #31 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 05/29/2024 | Incoming Call: Telephone conference with debtor to discuss a letter she received and was inquiring on whether we had received it or not; I asked the debtor to text a picture of it to me | 0.10 | $100.00 | $10.00 |
| Service | BB  | 05/30/2024 | Review email from debtor: Reviewed email from debtor expressing confusion about her plan payments. Forwarded email to jc. | 0.10 | $100.00 | $10.00 |
| Service | JC  | 06/05/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor's daughter inquiring why plan payments increased; reviewed original plan and amended plan; drafted reply e-mail to daughter informing her mom's payment went up because her mortgage arrearage was more than what was figured in the first plan, and that the arrearage is being paid through her plan. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/06/2024 | Review: Proof of Claim 24-00730-JAW First Tower Loan, LLC Document # 8 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 06/06/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |

Invoice # 6809 - 08/19/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 06/07/2024 | Review: 24-00730-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 35 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 06/27/2024 | Incoming Call: Telephone conference with debtor to discuss her payment that she mailed this month not being the amount she is required to send for her case - debtor said she could send an additional payment but that I would not be until she go paid. Debtor also stated that she is struggling to make her payments as her payments take up most of her income and she is currently dealing with additional health issues and bills that she did not have before filing her case; explained to debtor that I would notify her case manager regarding her payment being short - let debtor know that I would let JC know about her difficulty making her BK payments and that we would get back in touch with her | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/27/2024 | Drafted email to debtor's case administrator with the TT's office to update them on the debtor's payment being less than required for the month. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/27/2024 | Reviewed debtor NDC account to review debtor's payment history; drafted memo to JC regarding debtor's payment for the month not being or the whole amount she is expected to pay - explained to JC the debtor's issues regarding her BK payment not being manageable for her at this time due to additional medical issues and expense that she has had to deal with after filing for her BK | 0.20 | $100.00 | $20.00 |
| Service | JC | 07/02/2024 | Contact Debtor (Text/Email): Drafted e-mail to debtor attaching expense form for her to update and return along with 2 months pay advices for everyone in the household if her pay has changed. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/19/2024 | Review: Proof of Claim 24-00730-JAW CREDIT ACCEPTANCE CORPORATION Document # Amended 7 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/19/2024 | Review: 24-00730-JAW Notice of Mortgage Payment Change Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/23/2024 | Review: 24-00730-JAW Amended Order Upon Debtor Directing Payments to Trustee Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/19/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |

Page 4 of 5

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.5 | $360.00 | $180.00 |
| Thomas Rollins | Attorney | 2.4 | $360.00 | $864.00 |
| Brooke Brueland | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Jacki Curry | Non-Attorney | 1.7 | $155.00 | $263.50 |
| Breanne McDaniel | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kirsten Raimey | Non-Attorney | 0.5 | $100.00 | $50.00 |
| | | | Total | $1,453.50 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6267 | 05/15/2024 | $3,451.51 | $0.00 | $3,451.51 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6809 | 09/18/2024 | $1,453.50 | $0.00 | $1,453.50 |
| | | | Outstanding Balance | $4,905.01 |
| | | | Total Amount Outstanding | $4,905.01 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.