**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: LINDA PARKS PARKER                    Bankruptcy No. 24-00730-JDW

### MOTION TO EXTEND DEADLINE TO ALLOW TIME
### FOR FILING OF A REAFFIRMATION AGREEMENT

**COMES NOW** Family Choice Financial, Inc. - Forest Branch ("Family Choice") and files this motion for an extension of time to allow time for the filing of a Reaffirmation Agreement. In support thereof, Family Choice would show unto the Court the following:

1. Debtor filed a petition for Bankruptcy pursuant to Chapter 13 of the United States Bankruptcy Code on or about March 28, 2024 and converted to a Chapter 7 case on or about May 8, 2025.  This Court has jurisdiction over the parties at subject matter pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 523. This is a core proceeding pursuant to 28 U.S.C. §157 (b)(2)(A) and (J).

2. The Creditor has prepared and recently submitted Reaffirmation Agreements to the Debtor's counsel and they are in the process of obtaining all the necessary signatures required to file the Reaffirmation Agreements. As of the date of this filing, the undersigned nor the creditor has received the signed Reaffirmation Agreements for filing with the Court.

3. In that regard, the undersigned request the Court to extend the deadline only as to Family Choice to file Reaffirmation Agreements between the parties by an additional 30 days to September 4, 2025.

**WHEREFORE, PREMISES CONSIDERED,** Family Choice  requests this Court to extend the deadline as to Family Choice to file Reaffirmation Agreements between the parties by an

additional 30 days to September 4, 2025. Family Choice requests such additional and further relief as may be necessary under the circumstances.

**DATED:** August 1, 2025

>Respectfully submitted,
>
>Family Choice Financial Services, Inc.
>
>BY:   */s/ B. Joey Hood, II*
>          B. Joey Hood, II
>          Attorney for Family Choice

Prepared by:

B. Joey Hood, II
Attorney at Law
Post Office Box 759
Ackerman, MS 39735
(662) 285-4663
MBN: 101147

## CERTIFICATE OF SERVICE

I, B. Joey Hood, II, attorney for Family Choice Financial, Inc. - Forest Branch, do hereby certify that the following has been served electronically via ECF with a copy of the above document.

1. Thomas Carl Rollins, Jr.   trollins@therollinslawfirm.com

2. U.S. Trustee   <u>USTPRegion05.JA.ECF@usdoj.gov</u>

3. Torri Parker Martin   tpm@tpmartinch13.com

Date:   August 1, 2025

/s/ B. Joey Hood, II
B. Joey Hood II, Attorney at Law, PLLC

B. Joey Hood, II
Attorney at Law, PLLC
Attorney for Creditor
Post Office Box 759
Ackerman, MS 39735
Telephone (662) 285-4663
MBN: 101147