**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: LINDA PARKS PARKER                    Bankruptcy No. 24-00730-JAW


**AMENDED CERTIFICATE OF SERVICE**

I, B. Joey Hood, II, attorney for Family Choice Financial, Inc. - Forest Branch, do hereby certify that the following has been served electronically via ECF with a copy of the above amended document.

| | | |
|---|---|---|
| 1. | Thomas Carl Rollins, Jr. | trollins@therollinslawfirm.com |
| 2. | U.S. Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| 3. | Stephen Smith | trustee@hrkcpa.com |


Date:   August 4, 2025


/s/ B. Joey Hood, II
B. Joey Hood II, Attorney at Law, PLLC


B. Joey Hood, II
Attorney at Law, PLLC
Attorney for Creditor
Post Office Box 759
Ackerman, MS 39735
Telephone (662) 285-4663
notices@jhoodlaw.com
MBN: 101147