___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: LINDA PARKS PARKER**                    **Bankruptcy No. 24-00730-JAW**

### ORDER

**THIS CAUSE** came on before the Court on the Motion to Extend Deadline To Allow Time for the Filing of Reaffirmation Agreements (Docket No. 66) filed by filed by Family Choice Financial, Inc. - Forest Branch ("Family Choice"), and this Court having jurisdiction over the parties and the subject matter and having considered the Motion, finds that the Motion should be granted.

**IT IS THEREFORE ORDERED AND JUDGED** that the deadline to allow time for the filing of Reaffirmation Agreements between the parties shall be and is hereby extended by an additional 30 days to September 4, 2025 as to Family Choice Financial, Inc. - Forest Branch ("Family Choice").

## END OF ORDER ##

PREPARED BY:

*/s/ B. Joey Hood, II*
B. Joey Hood II, Attorney at Law, PLLC
Attorney for Creditor
Post Office Box 759
Ackerman, MS 39735
(662) 285-4663
MBN: 101147