United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-00730-JAW
Linda Parks Parker Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 3
Date Rcvd: Sep 23, 2025    Form ID: 318    Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++    Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Parks Parker, P.O. Box 358, Lake, MS 39092-0358 |
| cr | + | Family Choice Financial, Inc. - Forest Branch c/o, P.O. Box 759, Ackerman, MS 39735-0759 |
| 5541856 | + | B. Joey Hood, II, For Family Choice Financial Inc, Forest Branch, Post Office Box 759, Ackerman MS 39735-0759 |
| 5350839 | ++++ | FIRST HERITAGE CREDIT, 830 HIGHWAY 35 N, FOREST MS 39074-3345 address filed with court:, First Heritage Credit, 830 Woodland Dr N, Forest, MS 39074 |
| 5350840 | | Graceland Portable Bui, P.O. Box 1000, Dept #162, Memphis, TN 38148-0162 |
| 5350841 | + | James Parker, 997 Hwy 489, Lake, MS 39092-9206 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: rrush@familychoicefinancial.com | Sep 23 2025 19:30:00 | Family Choice Financial, Inc, 828 Woodland Drive North, Forest, ms 39074 |
| cr | | Email/Text: bankruptcy@republicfinance.com | Sep 23 2025 19:30:00 | Republic Finance, LLC, 282 Tower Rd., 282 Tower rd, Ponchatoula, LA 70454, UNITED STATES |
| 5350831 | + | Email/Text: bankruptcy@1ffc.com | Sep 23 2025 19:30:00 | 1st Franklin Financial, 337 W Third Street, Forest, MS 39074-4107 |
| 5350832 | + | Email/Text: sbridwell@arscollections.com | Sep 23 2025 19:30:00 | Advanced Recovery Syst, 219 Katherine Dr, Flowood, MS 39232-9588 |
| 5361261 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 23 2025 19:30:00 | CREDIT ACCEPTANCE CORPORATION, 25505 West 12 Mile Road STE 3000, Southfield MI 48034-8331 |
| 5350833 | + | EDI: CAPITALONE.COM | Sep 23 2025 23:29:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5350834 | + | EDI: CAPITALONE.COM | Sep 23 2025 23:29:00 | Capital One Bank USA, P.O. Box 30285, Salt Lake Cit, UT 84130-0285 |
| 5350835 | | EDI: WFNNB.COM | Sep 23 2025 23:29:00 | Comenity Ban, PO Box 182789, Columbus, OH 43218-2789 |
| 5350836 | + | Email/Text: lindsay.currie@communitybank.net | Sep 23 2025 19:30:00 | Community Bank, Pob 59, Forest, MS 39074-0059 |
| 5353589 | + | Email/Text: lindsay.currie@communitybank.net | Sep 23 2025 19:30:00 | Community Bank of Mississippi, 323 East Third Street, Forest, MS 39074-4219 |
| 5350837 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 23 2025 19:30:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 5350838 | | Email/Text: rrush@familychoicefinancial.com | Sep 23 2025 19:30:00 | Family Choice Financial, Inc, 828 Woodland Dr N, Forest, MS 39074 |
| 5353939 | + | Email/Text: bankruptcy@curo.com | Sep 23 2025 19:30:00 | First Heritage Credit, c/o Heights Finance |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: 318 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Corporation, PO BOX 1947, GREENVILLE, SC 29602-1947 |
| 5381045 | + | Email/Text: bankruptcy@towerloan.com | Sep 23 2025 19:30:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5350842 | + | EDI: PRA.COM | Sep 23 2025 23:29:00 | Portfolio Recovery Ass, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 5350844 | | Email/Text: bankruptcy@republicfinance.com | Sep 23 2025 19:30:00 | Republic Finance, 907 W Beacon St, Philadelphia, MS 39350 |
| 5355410 | | Email/Text: bankruptcy@republicfinance.com | Sep 23 2025 19:30:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5350843 | + | Email/Text: bankruptcy@rentacenter.com | Sep 23 2025 19:30:00 | Rent-a-Center, 1303 Hwy 35 S, Ste D, Forest, MS 39074-5028 |
| 5350845 | + | Email/Text: Tracey@sra-inc.net | Sep 23 2025 19:30:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |
| 5350846 | + | Email/Text: SMSDEBORAHB@AOL.COM | Sep 23 2025 19:30:00 | Specialized Management, P.O. Box 3842, Meridian, MS 39303-3842 |
| 5350848 | | Email/Text: bankruptcy@towerloan.com | Sep 23 2025 19:30:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5350847 | + | EDI: Q3GTBI | Sep 23 2025 23:29:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 5354322 | + | Email/Text: forest@fmcfinance.net | Sep 23 2025 19:30:00 | UNITED CREDIT OF FOREST, 234-A N WOODLAND DRIVE, FOREST, MS 39074-3308 |
| 5350849 | + | Email/Text: lhall@fmcfinance.net | Sep 23 2025 19:30:00 | United Credit, 234-A N Woodland Dr, Forest, MS 39074-3308 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Bank of Mississippi |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Sep 23, 2025 | Form ID: 318 | Total Noticed: 30 |

on behalf of Creditor Family Choice Financial  Inc. - Forest Branch c/o B. Joey Hood, II Attorney at Law, PLLC cynthiah@jhoodlaw.com, notices@jhoodlaw.com

Jeff D. Rawlings

on behalf of Creditor Community Bank of Mississippi Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net

Stephen Smith

trustee@hrkcpa.com MS02@ecfcbis.com

Thomas Carl Rollins, Jr

on behalf of Debtor Linda Parks Parker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

| | | |
|---|---|---|
| *Information to identify the case:* | | |
| Debtor 1 | **Linda Parks Parker** | Social Security number or ITIN   **xxx−xx−2843** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **24−00730−JAW** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Linda Parks Parker**

Dated: 9/23/25

**By the court:**   /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**